NO. 12-02-00352-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT


 

TYLER, TEXAS


 


§
 



IN RE: JOHN M. O'QUINN, P.C.
§
 ORIGINAL PROCEEDING



§
 






 MEMORANDUM OPINION


 On June 25, 2003, this court delivered an opinion conditionally granting the Petition for Writ
of Mandamus filed by John M. O'Quinn, P.C. as Relator. That opinion ordered Respondent to
vacate its order signed on November 4, 2002 whereby Respondent reconsidered its November 3,
2000 order compelling arbitration. Subsequently, on July 9, 2003, Respondent furnished this court 
copy with an order complying with its order and opinion of June 25, 2003.

 All issues attendant to this original proceeding having been disposed of, this mandamus
proceeding has now been rendered moot; therefore, the writ need not issue. Accordingly, this
original proceeding is dismissed.

 JAMES T. WORTHEN 

 Chief Justice



Opinion delivered July 10, 2003.

Panel consisted of Worthen, C.J. and Griffith, J.




(PUBLISH)